## IN THE MATTER OF JOHN WHIPPLE

1809

### Journal Entries

1. Order for attachment . . . . . . . . . *Journal, infra,* *p. 214

### Papers in File

[None]

## RICHARD PATTINSON

v.

## HENRY CONNER AND FRANCIS GRAY

1809

### Journal Entries

1. Continuance; rule to plead . . . . . . *Journal, infra,* *p. 214
2. Judgment . . . . . . . . . . . . . " 302

### Papers in File

1. Capias and return . . . . . . . . . . . . . .
2. Declaration . . . . . . . . . . . . . . .
3. Draft of judgment by default . . . . . . . . . .